-1-

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **TIARA ALEXANDER,**  **Plaintiff,**  v.  **INDIANA UNIVERSITY HEALTH WEST HOSPITAL, INC.,**  **Defendant.** | Case No. 1:21-cv-00706-JPH-DLP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Tiara Alexander ("Alexander") and Defendant Indiana University Health West Hospital, Inc., hereby stipulate to the dismissal of Alexander's claims, with prejudice, and with each side to bear her or its own costs and attorneys' fees.

|  | Respectfully submitted, |
|---|---|
| BIESECKER DUTKANYCH & MACER, LLC | LITTLER MENDELSON P.C. |
| By: */s/ Ryan Sullivan*  Ryan Sullivan  144 North Delaware Street  Indianapolis, Indiana 46204  Email:  rsullivan@bdlegal.com | By: */s/ Brian Mosby (with permission)*  Brian Lee Mosby  Sarah A. Fox  111 Monument Circle  Suite 700  Indianapolis, IN 46204  Email:  bmosby@littler.com  sfox@littler.com |