IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **TIARA ALEXANDER,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**INDIANA UNIVERSITY HEALTH WEST HOSPITAL, INC.,**<br><br>    **Defendant.** | Case No. 1:21-cv-00706-JPH-DLP |

> The Court acknowledges the Joint Stipulation of Dismissal with Prejudice, dkt. 18. JPH, 8/18/2021 Distribution via ECF.

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Tiara Alexander ("Alexander") and Defendant Indiana University Health West Hospital, Inc., hereby stipulate to the dismissal of Alexander's claims, with prejudice, and with each side to bear her or its own costs and attorneys' fees.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: /s/ Ryan Sullivan
Ryan Sullivan
144 North Delaware Street
Indianapolis, Indiana 46204
Email:  rsullivan@bdlegal.com

LITTLER MENDELSON P.C.

By: /s/ Brian Mosby (with permission)
Brian Lee Mosby
Sarah A. Fox
111 Monument Circle
Suite 700
Indianapolis, IN 46204
Email:  bmosby@littler.com
         sfox@littler.com